THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD
C. WIEDEMAN, Appellant.

Submitted May 21, 2012; decided June 28, 2012

Motion for reargument of motion for leave to appeal denied
[*see* 18 NY3d 805 (2012)].

In the Matter of MICHAEL F. RAMSEY, Appellant, v BRIAN FISCH-
ER, as Commissioner of Corrections and Community
Supervision, et al., Respondents.

Submitted June 4, 2012; decided June 28, 2012

Motion for leave to appeal dismissed as untimely (*see* CPLR
5513 [b]).

In the Matter of JUAN Y. SHENG, Appellant, v STATE OF NEW
YORK DIVISION OF HUMAN RIGHTS et al., Respondents.

Submitted June 4, 2012; decided June 28, 2012

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the proceeding within the meaning of the Constitution.

In the Matter of SOUTH ISLAND ORTHOPAEDIC GROUP, P.C., Ap-
pellant, v THOMAS P. DINAPOLI, as Comptroller of the State
of New York, et al., Respondents.

Submitted May 29, 2012; decided June 28, 2012

On the Court's own motion, appeal dismissed, without costs,
upon the ground that the order appealed from does not finally
determine the proceeding within the meaning of the Constitu-
tion. Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the proceeding within the meaning of the Constitution and is
not an order of the type provided for in CPLR 5602 (a) (2).